[No. 40856-2-II.   Division Two.   March 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELINA C. MATTEUCCI, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00450-1, Toni A. Sheldon, J., entered June 10, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40864-3-II.   Division Two.   March 6, 2012.]

DENNIS WALKER ET AL., *Appellants*, v. JEFFREY PLUMMER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-05168-0, Roger A. Bennett, J., entered May 19, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40937-2-II.   Division Two.   March 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. AUGUST IRA BASS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00349-2, James J. Stonier, J., entered June 24, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Van Deren, J.